**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>    v.<br><br>CALVIN SHARP,<br><br>      Defendant. | Case No. 3:24-cr-00005-ART-CLB<br><br>**ORDER GRANTING**<br><br>**STIPULATION TO EXTEND TIME TO FILE RESPONSE**<br><br>(First Request) |

      It is hereby stipulated and agreed, by and between Federal Public Defender Rene L. Valladares, and Assistant Federal Public Defender Allie Wilson, counsel for Calvin Sharp, and United States Attorney Jason M. Frierson, and Assistant United States Attorney Andrew Keenan, counsel for the United States of America to extend the deadline for Defendant's Response to the government's Motion to Hold in Abeyance Defendant's Motion to Dismiss ("Abeyance Motion") (ECF 18) from July 2, 2024 until **July 9, 2024**.

      IT IS FURTHER STIPULATED AND AGREED, that the government shall have to and including **July 16, 2024** to file a reply to the Defendant's response to the Abeyance Motion.

      IT IS FURTHER STIPULATED AND AGREED, that the government shall have to and including **July 22, 2024** to file any response to the Defendant's Motion to Dismiss (ECF 17). The defense will file any reply by **July 29, 2024**.

This is the first request for an extension of time to file a response. The new requested deadline of July 9, 2024 would have been the ordinary two-week deadline for filing a response to a motion. On June 26, 2024, however, the Court issued a minute order accelerating that deadline to July 2, 2024. *See* ECF 19. The request is made because the undersigned defense counsel was engaged in work-related travel when the Court issued its minute order and missed the notification about an accelerated deadline. Defense counsel became aware of the accelerated deadline on July 9, 2024, which would have been the response deadline in the ordinary course. Counsel for the government has agreed to adjust the deadlines to account for the one-week delay in the defense's response.

The additional time requested for filing the responses is requested while remaining mindful of the current trial date of August 27, 2024, the exercise of due diligence, in the interests of justice, and not for any purpose of delay.

DATED July 9, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By: /s/ Allie Wilson<br>ALLIE WILSON<br>Assistant Federal Public Defender<br>Counsel for CALVIN SHARP | By: /s/ Andrew Keenan<br>ANDREW KEENAN<br>Assistant United States Attorney |

**IT IS SO ORDERED.**

**DATED** this 11th day of July, 2024.

_____
ANNE. R. TRAUM
UNITED STATES DISTRICT JUDGE

2