**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CALVIN CHAD SHARP,<br><br>　　　　　　Defendant. | Case No. 3:24-cr-00005-ART-CLB<br><br>**ORDER GRANTING**<br><br>**STIPULATION TO EXTEND TIME TO FILE RESPONSE TO MOTION TO DISMISS [ECF #17]**<br><br>(First Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED by and through JASON M. FRIERSON, United States Attorney for the District of Nevada, ANDREW KEENAN, Assistant United States Attorney, counsel for the United States of America, and ALLIE WILSON, Assistant Federal Public Defender, counsel for Defendant Calvin Chad Sharp, to extend the time in which the Government's Response to the Defendant's Motion to Dismiss [ECF #17] is due from July 22, 2024**, to July 24, 2024**. Defendant's Replies to the Government's Response would be then due on **July 31, 2024**. This is the first request for an extension. Trial is currently set for August 27, 2024. Government counsel is respectfully requesting an additional week to file its response due to government counsel's other obligations and recent developments in the law. As such, the parties are stipulating to a

1

short extension of the Government's response date from July 22, 2024, until **July 24, 2024**. Additionally, the parties are stipulating that Defendant will have until **July 31, 2024**, to file his reply. The additional time requested for the filing the responses is requested mindful of the current trial date of August 27, 2024, the exercise of due diligence, in the interests of justice, and not for any purpose of delay.

DATED: July 19, 2024.

| | |
|---|---|
| JASON M. FRIERSON<br>United States Attorney | RENE L. VALLADARES<br>Federal Public Defender |
| */s/ Andrew Keenan*<br>ANDREW KEENAN<br>Assistant United States Attorney | */s/ Allie Wilson*<br>ALLIE WILSON<br>Assistant Federal Public Defender<br>Counsel for Calvin Chad Sharp |

IT IS SO ORDERED.

DATED: This 23rd day of July, 2024.

HON. ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE