1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>CALVIN SHARP,<br><br>        Defendant. | Case No. 3:24-cr-00005-ART-CLB<br><br>**ORDER GRATNING**<br><br>**Motion Seeking Court Authorization for Transfer to Nevada Southern Detention Center**[1] |

       Mr. Sharp, by and through the undersigned counsel, moves for an order by this Court authorizing the U.S. Marshals to transport him to Nevada Southern Detention Center pending his September 9, 2025 trial date.

       Mr. Sharp was arrested in connection with this matter on January 22, 2024. He was charged by federal complaint on February 1, 2024 and indicted on February 8, 2024. He was arraigned on February 14, 2024 and detained pending trial.

       Mr. Sharp has been at the Washoe County jail for over one year. At least another six months remain before this case is resolved. He now seeks his transfer to Nevada Southern Detention Center pending his trial date.

---

[1] This motion is timely filed with no deadline applicable.

The U.S. Marshals require authority from this Court before transporting Mr. Sharp to Nevada Southern Detention Center. He respectfully seeks, therefore, an order by this Court authorizing the transfer of his custody from the Washoe County jail to the Nevada Southern Detention Center.

Dated: March 14, 2025.

RENE L. VALLADARES
Federal Public Defender

By: */s/ Allie Wilson*
ALLIE WILSON
Assistant Federal Public Defender

**ORDER**

The Court hereby authorizes the transfer of defendant Calvin Sharp to Nevada Southern Detention Center pending his trial date.

Anne R. Traum
United States District Judge

DATED: April 1, 2025