**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>CALVIN CHAD SHARP,<br>Defendant. | Case No. 3:24-cr-00005-ART-CLB<br>**ORDER** |

Based on the parties stipulation (ECF No. 72), and good cause appearing, it is ordered that the Revocation Hearing currently set for October 1, 2026, at 11:00 a.m., is vacated and continued to January 14, 2027, at 1:00 p.m., before U.S. District Judge Anne R. Traum, in a Las Vegas courtroom to be determined.

DATED this 15th day of September, 2026.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE